

JUDGE DAVID A. KATZ

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | **INDICTMENT** |
| Plaintiff, ) | 3:06CR218 |
| ) | Cr. No. _____ |
| vs. ) | Title 29, |
| ) | United States Code, |
| BONI L. SEGURA, ) | Section 501(c) |
| ) | |
| Defendant. ) | |

The Grand Jury charges:

From on or about July 11, 2003, to on or about June 30, 2004, in the Northern District of Ohio, Western Division, defendant BONI L. SEGURA while an employee, that is, an office clerk and secretary of International Union of Operating Engineers, Local 18, a labor organization engaged in an industry affecting commerce, did embezzle, steal and unlawfully and willfully abstract and convert to her own use the moneys, funds, securities, property, and other assets of said labor organization by a check substitution scheme in which she failed to deposit

ORIGINAL

2

receipts from union members totaling $5,729.20; all in violation of Title 29, United States Code, Section 501(c).

A TRUE BILL.

Original document -- Signatures on file with the Clerk of Courts, pursuant to the E-Government Act of 2002.